IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE GARY, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| C/O BAUDER et al., | : | No. 16-2861 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 17th day of February, 2017, upon consideration of Defendants' Motions to Dismiss (Docket Nos. 5, 6) and Plaintiff's Response thereto (Docket No. 21), it is **hereby ORDERED** that the Motions (Docket Nos. 5, 6) are **GRANTED in part** and **DENIED in part** as follows:

1. All claims against Defendants Bauder, Collins, Zamosky, Zerr, Fuentes, Miller, Smith, and Algarin in their official capacities are **DISMISSED**.

2. Count VII – Retaliation is **DISMISSED in part**, to the extent that Mr. Gary bases his claim of retaliation on verbal harassment.

3. Count VII – Conspiracy is **DISMISSED in part**, such that the only portion of that claim that will remain is a § 1983 conspiracy to file false misconduct charges as retaliation for Mr. Gary's verbal complaints as to Defendant Officers Bauder, Zamosky, and Zerr, and Lt. Collins only.

4. Count VIII – Intentional Infliction of Emotional Distress is **DISMISSED** as to Defendant Montgomery County only.

5. All requests for injunctive relief are **deemed WITHDRAWN**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

2